UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DARRYLL MERCADEL, | No. CV 12-00234-ODW (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| R. H. TRIMBLE, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: September 21, 2012

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE